AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

**SEALED**

United States of America
v.
Anthony Salome
*Defendant*

Case No. 6:20CM60031-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anthony Salome,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition and Order.

Defendant to show cause why Supervised Release should not be revoked.

Date: 8/19/2021

s/ Sarah M. Zepick
*Issuing officer's signature*

City and state: Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/19/2021, and the person was arrested on *(date)* 01/13/2023
at *(city and state)* Wichita, KS.

Date: 01/17/2023   Arrested by local LEO

Mike Caraway
*Arresting officer's signature*

Mike Caraway, SDUSM
*Printed name and title*