UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-60031-01-JWB |
| ) | |
| ANTHONY SALOME, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DETENTION PENDING HEARING ON PETITION TO REVOKE SUPERVISED RELEASE

On January 25, 2023, a detention hearing was conducted in accordance with Fed. R. Crim. Proc. 32.1. The Government appeared by and through Ola Odeyemi, Assistant United States Attorney. The Defendant, Anthony Salome, appeared in person and through appointed counsel, David Freund appearing for Mitch Biebighauser, Assistant Federal Defender.

The Court may release the Defendant pending the hearing on the Petition if the Defendant meets the burden of establishing by clear and convincing evidence that the Defendant will not flee or pose a danger to any other person or the community. The facts proffered at the hearing evidence a long history of noncompliance with conditions of supervision. Under these circumstances, he cannot meet the burden required for release.

The Government's motion for detention is **GRANTED**.

Defendant is advised of his right to seek a review and appeal of this order of release pursuant to 18 U.S.C. § 3145(b).

IT IS THEREFORE ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated at Wichita, Kansas, this 25th day of January, 2023.

                                                s/ KENNETH G. GALE
                                                KENNETH G. GALE
                                                United States Magistrate Judge